# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

_____

MICHIGAN NURSES ASSOCIATION,

      Plaintiff,              Case No.   1:26-cv-02052

-vs-

                                          Hon.

STURGIS HOSPITAL, INC.

      Defendant.

_____

Andrew J. Smith (P75692)
Michigan Nurses Association Legal Department
Attorney for Plaintiff
2310 Jolly Oak Road
Okemos, MI 48864
(517) 515-3885
andrew.smith@minurses.org

_____

## COMPLAINT

COMES NOW the Michigan Nurses Association ("Union"), Plaintiff, and brings this action against Defendant Sturgis Hospital, Inc. ("Sturgis Hospital"):

## PARTIES, JURISDICTION, AND VENUE

1. The Union is the exclusive collective bargaining representative of registered professional nurses at Sturgis Hospital.

2. Sturgis Hospital is a nonprofit corporation whose principal place of business is in Sturgis, Michigan.

1

3. Sturgis Hospital, is an employer as defined by 29 U.S.C. § 2101 of the Worker Adjustment and Retraining Notification ("WARN") Act.

4. The Union is a representative of employees under the Worker Adjustment and Retraining Notification ("WARN") Act, 29 U.S.C. § 2101(a)(4), et seq., and has authority to bring this action on behalf of its members.

5. Plaintiff brings this action pursuant to the WARN Act. This Court has jurisdiction over this matter pursuant to 29 U.S.C. § 2104(a)(5).

## FACTS

6. Plaintiff adopts by reference paragraphs 1 through 5 above.

7. Sturgis Hospital operated a hospital and clinic in Sturgis, Michigan, where it employed 100 or more employees, excluding part-time employees; or 100 or more employees who in aggregate worked at least 4,000 hours per week (exclusive of overtime).

8. The Union's bargaining unit of registered nurses consists of approximately 17 of those employees.

9. On or about June 16, 2026, Sturgis Hospital notified the Union in writing that the Hospital would cease all operations in just three days, on June 19, 2026, and lay off all employees except for a small group of employees necessary to wrap up the Hospital's operations.

10. On June 19, 2026, Sturgis Hospital ceased operations and laid off most of its employees, including all registered nurses represented by the Michigan Nurses Association.

11. As a result of the June 19, 2026, closing, 50 or more employees, excluding part-time employees, lost their employment, as well as their wages and benefits.

**VIOLATION OF THE WARN ACT**

12. Plaintiff adopts by reference paragraph 1 through 11 above.

13. The closing of Sturgis Hospital constituted a plant closing within the meaning of 29 U.S.C. § 2101(a) of the WARN Act.

14. Sturgis Hospital ordered a plant closing prior to the end of the 60-day period after the employer served written notice of the order on the Union in violation of 29 U.S.C § 2102.

15. Sturgis Hospital did not qualify for any of the exemptions to the 60-day notice requirement under the WARN Act.

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment in favor of the Plaintiff, and against Defendant, Sturgis Hospital, finding that Defendant violated 29 U.S.C § 2102 of the WARN Act.

(b) Require Defendant to pay each affected employee represented by the Union backpay for each day of the Defendant's violation.

(c) Require Defendant to pay each affected employee represented by the Union benefits as set forth in 29 U.S.C. § 2104.

(d) Plaintiff further prays for such other relief and benefits as the cause of justice may require, including, but not limited to, an award of costs, attorneys' fees and expenses.

Respectfully submitted this 10th day of July 2026.

By: *Andrew Smith*

Andrew J. Smith (P75692)
Michigan Nurses Association Legal Department
Attorney for Plaintiff
2310 Jolly Oak Road
Okemos, MI 48864
(517) 515-3885
andrew.smith@minurses.org

3