UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Michigan Nurses Association

                    Plaintiff(s),                          Case No.  1: 26 - cv - 02052

v.

Sturgis Hospital, Inc.

                    Defendant(s).

_____/

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1,

makes the following disclosure:

                    Michigan Nurses Association
                    _____
                                    (Party Name)

1.  Is party a publicly held corporation or other publicly held entity?  ☐ Yes  ☑ No

2.  Does party have any parent corporations?  ☐ Yes  ☑ No
    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3.  Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?  ☐ Yes  ☑ No
    If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?  ☐ Yes  ☑ No
    If yes, identify entity and nature of interest:

Date: _____7/10/2026_____          _____Andrew Smith_____
                                                      (Signature)
                                       Andrew J. Smith (P75692)
                                       Michigan Nurses Association Legal Department
                                       Attorney for Plaintiff
                                       2310 Jolly Oak Rd.
                                       Okemos, MI 48864
                                       (517) 515-3885